UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cr-00015-TWP-VTW |
| | ) | |
| ISAAC J. FONTENOT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 17, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 30). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date:   7/17/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Edward Matthew Barloh
DOJ-USAO
matt.barloh@usdoj.gov

Jennifer H. Culotta
CULOTTA & CULOTTA LLP
jennifer@culottalaw.com

Jonathan S. Ricketts
JONATHAN RICKETTS ATTORNEY AT LAW
jricketts@rickettslawoffices.com

Electronic notice to USPO

Electronic notice to USM-C